# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KIARA SMITH
ADC #107225                                                                                              PLAINTIFF

V.                                          3:07CV00050 JMM/JTR

LEROY MEADOWS, Sheriff,
Mississippi County, et al.                                                                         DEFENDANTS

## ORDER

Plaintiff, Kiara Smith, who is currently incarcerated at the Tucker Maximum Security Unit of the Arkansas Department of Correction, has commenced this *pro se* § 1983 action. Defendants filed their Answer on June 25, 2007. *See* docket entry #16. Plaintiff has requested a jury trial, and the parties have not consented to proceed before a United States Magistrate Judge. *See* docket entry #2.

Accordingly, the parties will be given approximately 90 days to complete discovery and approximately 120 days to file any dispositive motions. Absent the filing of any such motions, the Court will notify the Honorable James M. Moody, United States District Judge, that the case is ready to be set on his docket for a jury trial.

IT IS THEREFORE ORDERED THAT:

1.    The parties shall complete discovery **on or before September 25, 2007.**

2.    The parties shall file any dispositive motions **on or before October 25, 2007.**

Dated this 27th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE