### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

KIARA SMITH  
ADC #107225                                                                                               PLAINTIFF

V.                                      3:07CV00050 JMM/JTR

LEROY MEADOWS, Sheriff,  
Mississippi County, et al.                                                                        DEFENDANTS

### ORDER

Defendants in this § 1983 action have filed a Motion requesting a two-week extension of the dispositive motion deadline. *See* docket entry #37. For good cause shown, the Motion will be granted.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion for an Extension of Time (docket entry #37) is GRANTED.

2. Defendants shall file any dispositive motions **on or before November 8, 2007.**

Dated this 26th day of October, 2007.

_____  
UNITED STATES MAGISTRATE JUDGE