**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

KIARA SMITH
ADC #107225                                                                                                    PLAINTIFF

V.                                          3:07CV00050 JMM/JTR

LEROY MEADOWS, Sheriff,
Mississippi County, et al.                                                                              DEFENDANTS

## ORDER

Defendants in this § 1983 action have filed a Second Motion requesting a one-week extension of the dispositive motion deadline. *See* docket entry #40. For good cause shown, the Motion will be granted.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Second Motion for an Extension of Time (docket entry #40) is GRANTED.

2. Defendants shall file any dispositive motions **on or before November 15, 2007.**

Dated this 13th day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE