# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

KIARA SMITH
ADC #107225                                                                                                    PLAINTIFF

V.                                              3:07CV00050 JMM/JTR

LEROY MEADOWS, Sheriff,
Mississippi County, et al.                                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Withdraw their Motion to Dismiss (docket entry #59) is DENIED, AS MOOT.

2. Plaintiff's Motion for Relief from Judgment and/or Default Judgment (docket entry #58) is DENIED, AS MOOT.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this   14   day of   March  , 2008.

UNITED STATES DISTRICT JUDGE