**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KIARA SMITH
ADC #107225                                                                                      PLAINTIFF

V.                                              3:07CV00050 JMM/JTR

LEROY MEADOWS, Sheriff,
Mississippi County, et al.                                                               DEFENDANTS

**ORDER**

Plaintiff, who is a prisoner proceeding *pro se* in this § 1983 action, has filed a Motion to

Compel, in which he asks the Court to order Defendants to file a Response to a Motion for Summary

Judgment Plaintiff filed on February 13, 2008. *See* docket entries #61, #62, and #69. Defendants

have timely responded to Plaintiff's Motion to Compel. *See* docket entry #70.

It appears from the record that the Clerk's office docketed Plaintiff's Brief in Support of

Summary Judgment and his Statement of Facts, but did not separately docket a Motion for Summary

Judgment. *See* docket enties #61 and #62. Thus, no Motion for Summary Judgment filed by

Plaintiff appears on the pending motion list. Accordingly, the Court will direct the Clerk to redocket

the matter, and give Defendants thirty days to file a Response.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's Motion to Compel (docket entry #69) is DENIED, as moot.

2.      The Clerk is directed to indicate on the docket sheet that Plaintiff has filed a single

pleading that is both a Motion for Summary Judgment and Brief in Support (docket entries #61-1

and #61-2) and to make any other necessary changes so that the Plaintiff's Motion for Summary

Judgment appears as pending.

3.      Defendants shall have **thirty days from the entry of this Order** to file a Response

to Plaintiff's Motion for Summary Judgment.

Dated this   3rd   day of April, 2008

_____
UNITED STATES MAGISTRATE JUDGE