# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KIARA SMITH**                                                                           **PLAINTIFF**

**v.**                      **CASE NO. 3:07-CV-00050 BSM**

**LEROY MEADOWS, Sheriff,**
**Mississippi County, et al.**                                         **DEFENDANTS**

## ORDER

The parties have filed a joint motion to dismiss due to settlement. The motion is granted.

Accordingly, the joint motion to dismiss (Doc. No. 99) is granted. This case is dismissed with prejudice due to settlement.

IT IS SO ORDERED this 18th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE